IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDRICK S. CATO,**<br><br>              Plaintiff,<br><br>       v.<br><br>**S. POHOVICH, et. al,**<br><br>              Defendants. | Case No. 2:23-cv-01903-CKD (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF EARLY SETTLEMENT CONFERENCE AND LIFTING THE STAY** |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On October 11, 2024, defendants filed a motion to opt out of the court's alternative dispute resolution program. ECF No. 21. Good cause appearing, defendants' motion is granted, and the stay entered on August 12, 2024, is lifted. Defendants shall a file a responsive pleading to the complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  October 14, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE