IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDRICK S. CATO,**<br><br>Plaintiff,<br><br>v.<br><br>**S. POHOVICH, et. al,**<br><br>Defendants. | Case No. 2:23-cv-01903-CKD P<br><br>**ORDER** |

Good cause appearing, the Court GRANTS Defendants Pohovich and Cary's request to stay their responsive pleading deadline (ECF No. 23), pending the Court's ruling on Defendant Georgette and Best's partial motion to dismiss Plaintiff's complaint. Defendants Pohovich and Cary's responsive pleading deadline in this matter is stayed and will be reset after the Court rules on Defendants Georgette and Best's pending partial motion to dismiss.

Dated: November 14, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE