UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK S. CATO,<br><br>  Plaintiff,<br><br>  v.<br><br>S. POHOVICH, et al.,<br><br>  Defendants. | No. 2:23-cv-1903 CKD P<br><br><br>ORDER |

On November 13, 2024, defendants filed a motion to dismiss. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to the motion to dismiss. Failure to comply with this order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: December 17, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cato1903.46