IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDRICK S. CATO,** | Case No. 2:23-cv-01903-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **S. POHOVICH, et. al,** | |
| Defendants. | |

    Pending before the Court is Defendants' motion to vacate the dispositive motion deadline until the adjudication of Defendants' motion to compel. This Court finds that good cause exists to grant Defendants' motion to vacate the dispositive motion deadline. Defendants' motion is **GRANTED**. The dispositive motion deadline in this matter is vacated and will be reset after the Court rules on Defendants' pending motion to compel.

Dated: 12/31/25

                                                             */s/ Carolyn K. Delaney*
                                                             CAROLYN K. DELANEY
                                                             UNITED STATES MAGISTRATE JUDGE