UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK S. CATO, | No. 2:23-cv-1903 CKD P |
| Plaintiff, | |
| v. | ORDER |
| S. POHOVICH, et al., | |
| Defendants. | |

On September 19, 2025, defendants filed a motion to compel. Plaintiff has not responded to the motion. Good cause appearing, IT IS HEREBY ORDERED that, within thirty days, plaintiff shall file a response to the pending motion to compel. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: 01/05/26

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cato1903.46osc